UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

December 16, 1999

MEMORANDUM TO COUNSEL RE:   Linda Darlene Griffith v.
McGhan Medical Corporation, et al.
Civil #L-97-3387

    Judge Legg is temporarily out of the office due to his recent back surgery. In his absence, I am monitoring some of his cases for him.

    A scheduling conference will be held at 8:30 a.m. on January 12, 2000. Please bring your calendar with you to the conference. If any of you would prefer to hold the conference by conference call, please call my chambers at 410/962-0782 to make the necessary arrangements.

    The conference will be held in my chambers located in Room 510 on the fifth floor of the Courthouse.

_____FILED  _____ENTERED
_____LODGED _____RECEIVED

DEC 1 7 1999

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                      DEPUTY

Very truly yours,

J. Frederick Motz
United States District Judge

