IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Linda Griffith | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. L-97-3387 |
| McGhan Medical Corp., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### SUBSTITUTION OF COUNSEL FORM

Please substitute the appearance of Jodi L. Hammerman, Esquire for Michael A. Pretl, Esquire in this action.

Respectfully Submitted,

Jodi L. Hammerman
Ashcraft & Gerel, LLP
10 East Baltimore Street, Suite 1212
Baltimore, Maryland 21202
(410) 539-1122
Attorneys for Plaintiff

APPROVED THIS 30TH DAY OF March 2000

BENSON E. LEGG, U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2000, a copy of the aforegoing Substitution of Counsel Form was delivered via first-class mail, postage prepaid to: Carol Nicolette, Esq., Goodell, DeVries, Leech & Gray, LLP, 1 South Street, 20th Floor, Baltimore, MD, 21202; and to Chilton Varner, Esq., Todd Davis, Esq., Carolyn Wright, Esq., King & Spalding, 191 Peachtree Street, Atlanta, GA, 30303; and to Terri Steinhaus, Esq., Hogan and Hardston, 555 13th Street, NW, Washington, DC 20004.

Respectfully Submitted,

*[signature]*
Jodi L. Hammerman