IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LINDA DARLENE GRIFFITH | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO.: L-97-3387 |
| THE DOW CHEMICAL COMPANY, et al. | * | |
| | * | |
| Defendants | * | |

*************************************************************************

### ORDER GRANTING MOTION FOR
### ADMISSION PRO HAC VICE OF BARBARA A. MILNAMOW

Before this Court is Defendants' Motion for an Order admitting Barbara A. Milnamow, Esquire, an attorney in the law firm of Brobeck, Phleger & Harrison, LLP, located at 1633 Broadway, 47th Floor, New York, New York 10019, as co-counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc.

For good cause shown, the Motion is GRANTED and the Clerk is directed to add Ms. Milnamow's name to that of all other counsel of record in this case.

IT IS SO ORDERED, on this 24 day of April, 2000.

_____
JUDGE, United States District Court For the District of Maryland

cc:  Jodi Hammerman, Esquire
     Ashcraft & Gerel
     10 East Baltimore Street
     Baltimore, Maryland 21202
         Counsel for Plaintiff

     Barbara A. Milnamow, Esquire
     Laurie J. Sternberg, Esquire
     Brobeck, Phleger & Harrison, LLP
     1633 Broadway, 47th Floor
     New York, New York  10019
         Counsel for Baxter Healthcare
         Corporation and Baxter International
         Inc.

     Terri Steinhaus-Reiskin, Esquire
     Hogan & Hartson, LLP
     Columbia Square
     555 13th Street, N.W.
     Washington, D.C.  20004-1109

     Carol L. Nicolette, Esquire
     Goodell, DeVries, Leech & Gray, LLP
     One South Street, 20th Floor
     Baltimore, Maryland   21202
         Counsel for Baxter Healthcare Corporation and
         Baxter International Inc.

267549