IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LINDA DARLENE GRIFFITH | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO.: L-97-3387 |
| THE DOW CHEMICAL COMPANY, et al. | * | |
| | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER GRANTING MOTION FOR
ADMISSION PRO HAC VICE OF LAURIE J. STERNBERG**

Before this Court is Defendants' Motion for an Order admitting Laurie J. Sternberg, Esquire, an attorney in the law firm of Brobeck, Phleger & Harrison, LLP, located at 1633 Broadway, 47th Floor, New York, New York 10019, as co-counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc.

For good cause shown, the Motion is GRANTED and the Clerk is directed to add Ms. Sternberg's name to that of all other counsel of record in this case.

IT IS SO ORDERED, on this 24 day of April, 2000.

_____
JUDGE, United States District Court For the District of Maryland



cc:    Jodi Hammerman, Esquire
Ashcraft & Gerel
10 East Baltimore Street
Baltimore, Maryland 21202
    Counsel for Plaintiff

Barbara A. Milnamow, Esquire
Laurie J. Sternberg, Esquire
Brobeck, Phleger & Harrison, LLP
1633 Broadway, 47th Floor
New York, New York 10019
    Counsel for Baxter Healthcare
    Corporation and Baxter International
    Inc.

Terri Steinhaus-Reiskin, Esquire
Hogan & Hartson, LLP
Columbia Square
555 13th Street, N.W.
Washington, D.C. 20004-1109

Carol L. Nicolette, Esquire
Goodell, DeVries, Leech & Gray, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
    Counsel for Baxter Healthcare Corporation and
    Baxter International Inc.

267551