IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LINDA GRIFFITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. L-97-3387 |
| | ) |
| MCGHAN MEDICAL | ) |
| CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

### AGREED ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT
### MINNESOTA MINING & MANUFACTURING COMPANY ("3M")

The plaintiff, Linda Griffith, by her undersigned counsel, and with the agreement of counsel for defendant 3M, hereby respectfully requests this Court to allow a voluntary dismissal of this case pursuant to Federal Rule of Civil Procedure 41(a) as to the defendant Minnesota Mining & Manufacturing Company ("3M"), as this action has been settled.

If appearing to the Court that such an order should be entered, it is hereby

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

3

ORDERED, this 2nd day of October, 2000, that defendant Minnesota Mining & Manufacturing Company ("3M") shall be dismissed from this action with prejudice, with each party to bear its own costs.

_____
United States District Judge

Ashcraft & Gerel, LLP
2000 L Street, N.W.
Suite 400
Washington, D.C. 20036
(202) 783-6400

BY: _____
William F. Mulroney, #
Counsel for Plaintiff
Bar No.

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

Hogan & Hartson, LLP
555 13th Street, N.W.
Washington, D.C. 20004
(202) 637-5600

BY: _____
Terri Steinhaus Reiskin
Bar No. 05256
Counsel for Defendant Minnesota Mining & Manufacturing Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Agreed Order For Voluntary dismissal Of Defendant Minnesota Mining & Manufacturing Company ("3M") has been served by U.S. mail, postage prepaid, upon counsel listed below this 28th day of September 2000.

William F. Mulroney, Esquire
Ashcraft & Gerel, LLP
2000 L Street, N.W.
Suite 400
Washington, D.C. 20036

Carol L. Nicolette, Esquire
Goodell, DeVries, Leech & Gray, LLP
One South Street
Suite 2000
Baltimore, MD 21202
Counsel for Baxter Healthcare Corporation,
Baxter International, Inc., American Hospital
Supply Corp., American Heyer-Schulte Corp.

Melissa J. Fassett
Price, Postel & Parma LLP
200 E. Carrillo Street, Suite 400
Santa Barbara, CA 93101
Counsel for NuSil

_____
Terri Steinhaus Reiskin

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261