FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LINDA DARLENE GRIFFITH | * |
| Plaintiff | * |
| v. | *   CIVIL ACTION NO.: L-97-3387 |
| THE DOW CHEMICAL COMPANY, et al. | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PRAECIPE (STRIKING THE APPEARANCES OF
BARBARA A. MILNAMOW AND LAURIE J. STERNBERG)**

Please strike the appearances of Barbara A. Milnamow and Laurie J. Sternberg as attorneys of record for Defendants Baxter Healthcare Corporation and Baxter International Inc. Please retain the appearances of Bruce R. Parker and Bonnie J. Beavan as attorneys of record for Baxter Healthcare Corporation and Baxter International Inc. The full mailing address, telephone number and telecopier number for Mr. Parker and Ms. Beavan are set forth below:

> Bruce R. Parker, Esquire
> Bonnie J. Beavan, Esquire
> Goodell, DeVries, Leech & Gray, LLP
> One South Street, 20th Floor
> Baltimore, Maryland 21202
> (410) 783-4000 Telephone
> (410) 783-4040 Fax

APPROVED THIS 10TH DAY OF November, 2000.

_____
BENSON EVERETT LEGG, U.S.D.J.

Respectfully submitted,

*[signature]*

Bonnie J. Beavan, Bar No. 09669
Goodell, DeVries, Leech & Gray, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
**Counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __8th__ day of __November__, 2000, copies of this Praecipe (Striking The Appearances Of Barbara A. Milnamow And Laurie J. Sternberg) were mailed first-class, postage prepaid, to:

William F. Mulroney, Esquire
Michael Gallant, Esquire
Michelle A. Parfitt, Esquire
Ashcraft & Gerel
10 East Baltimore Street
Baltimore, Maryland 21202
    Counsel for Plaintiff

*[signature]*

Bonnie J. Beavan, Bar No. 09669
Goodell, DeVries, Leech & Gray, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
**Counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc.**

302777