IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LINDA DARLENE GRIFFITH | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO.: L-97-3387 |
| THE DOW CHEMICAL COMPANY, et al. | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

THIS MATTER is before the Court pursuant to the parties' submission of a Joint Motion for Entry of a Scheduling Order. After consideration of this matter, it is hereby ordered that the following deadlines and Court Trial date shall apply to this case.

## SCHEDULING ORDER

| | |
|---|---|
| Deadline for plaintiff to respond to MDL questionnaire | December 18, 2000 |
| Deadline for completion of negotiations with local and national counsel for defendants | April 2, 2001 |
| Deadline for completion of mediation | April 2, 2001 |
| Plaintiff's Rule 26(a)(2) disclosures re experts | April 16, 2001 |
| Plaintiff identifies all video and written multi-district litigation ("MDL") deposition testimony to be offered at trial. All such testimony, whether to be offered in written or video form, shall be specified by page and line number | June 1, 2001 |
| Plaintiff identifies all MDL documents to be used as exhibits at trial (excluding demonstrative and composite exhibits), and produce copies of said documents for inspection and copying | June 1, 2001 |
| Completion of plaintiff's expert depositions | June 14, 2001 |
| Defendants provide objections and counter-designations to plaintiff's MDL deposition designations | June 22, 2001 |
| Defendants provide objections to plaintiff's MDL exhibits | June 22, 2001 |

| | |
|---|---|
| Defendants identify all video and written MDL deposition testimony to be offered at trial. All such testimony, whether to be offered in written or video form, shall be specified by page and line number from a written transcript. | June 22, 2001 |
| Defendants identify all MDL documents to be used as exhibits at trial (excluding demonstrative and composite exhibits) and produces copies of said documents for inspection and copying | June 22, 2001 |
| Defendant's Rule 26(a)(2) disclosures re experts | June 15, 2001 |
| Plaintiff provides objections and counter-designations to defendants' MDL deposition designations | July 12, 2001 |
| Completion of defendants' expert depositions | August 17, 2001 |
| Rule 26(e) supplementations | July 2, 2001 |
| All Discovery Cut Off Date | August 30, 2001 |
| Dispositive Motions Deadline | September 7, 2001 |

Responses/Oppositions to Dispositive Motions Deadline –
   Due 4 weeks after Dispositive Motions are served (and in
   no event later than October 5, 2001, whichever date
   date is sooner)

Replies to Responses/Oppositions Deadline –
   Due 3 weeks after Responses/Oppositions are served (and
   in no event later than October 26, 2001, whichever date
   is sooner)

The parties may not move to a later date the Dispositive Motions Deadline without prior permission of the Court. All other deadlines may be modified by mutual agreement of all parties, provided that the modification of the Scheduling Order is confirmed in written correspondence between the parties.

So ORDERED, this 11th day of November, 2000.

_____
The Honorable Benson E. Legg
United States District Court for the District of Maryland

2