IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LINDA DARLENE GRIFFITH | * |
| Plaintiff | * |
| v. | *   CIVIL ACTION NO.: L-97-3387 |
| THE DOW CHEMICAL COMPANY, et al. | * |
| Defendants | * |

******************************************************************************

## ORDER GRANTING MOTION FOR
## ADMISSION PRO HAC VICE OF KENNETH J. KING

Before this Court is Defendants' Motion for an Order admitting Kenneth J. King, Esquire, an attorney in the law firm of Brobeck, Phleger & Harrison, LLP, located at 1633 Broadway, 47th Floor, New York, New York 10019, as co-counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc.

For good cause shown, the Motion is GRANTED and the Clerk is directed to add Mr. King's name to that of all other counsel of record in this case.

IT IS SO ORDERED, on this 29th day of November, 2000.

_____
Benson E. Legg, JUDGE
United States District Court For the District of Maryland

cc: William F. Mulroney, Esquire
Michael Gallant, Esquire
Michelle A. Parfitt, Esquire
Ashcraft & Gerel
10 East Baltimore Street
Baltimore, Maryland 21202
    Counsel for Plaintiff

Kenneth J. King, Esquire
Brobeck, Phleger & Harrison, LLP
1633 Broadway, 47th Floor
New York, New York 10019
    Counsel for Baxter Healthcare
    Corporation and Baxter International
    Inc.

Bonnie J. Beavan, Esquire
Goodell, DeVries, Leech & Gray, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
    Counsel for Baxter Healthcare Corporation and
    Baxter International Inc.

304107