IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LINDA DARLENE GRIFFITH | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO.: L-97-3387 |
| THE DOW CHEMICAL COMPANY, et al. | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PRAECIPE (STRIKING THE APPEARANCES OF BRUCE R. PARKER AND CAROL L. NICOLETTE)

Please strike the appearances of Bruce R. Parker and Carol L. Nicolette as attorneys of record for Defendants Baxter Healthcare Corporation and Baxter International Inc., and retain the appearance of Bonnie J. Beavan as attorney of record for Baxter Healthcare Corporation and Baxter International Inc. The current full mailing address, telephone number and telecopier number for Ms. Beavan are set forth below:

> Bonnie J. Beavan, Esquire
> Goodell, DeVries, Leech & Dann, LLP
> One South Street, 20th Floor
> Baltimore, Maryland 21202
> (410) 783-4000 Telephone
> (410) 783-4040 Fax

The Brobeck, Phleger & Harrison, LLP firm remains co-counsel for Baxter Healthcare Corporation and Baxter International Inc., as well.

MOTION "Approved" this 9th day of March 2001.

BENSON EVERETT LEGG, U.S.D.J.

Respectfully submitted,

*/s/ Bonnie J. Beavan*
Bonnie J. Beavan, Bar No. 09669
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
**Counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of March, 2001, copies of this Praecipe (Striking The Appearances Of Bruce R. Parker and Carol L. Nicolette) were mailed first-class, postage prepaid, to:

| | |
|---|---|
| William F. Mulroney<br>Michael Gallant<br>Michelle A. Parfitt<br>Ashcraft & Gerel<br>10 East Baltimore Street<br>Baltimore, Maryland 21202<br>**Attorneys for Plaintiff** | Kenneth J. King, Esquire<br>Brobeck, Phleger & Harrison, LLP<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br><br>**Attorneys for the Defendants Baxter Healthcare Corporation and Baxter International Inc.** |

*/s/ Bonnie J. Beavan*
Bonnie J. Beavan, Bar No. 09669
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
**Counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc.**

320649