IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LINDA DARLENE GRIFFITH        :

      Plaintiff        :

      v.        :        Civil #L-97-3387

THE DOW CHEMICAL CO., et al.        :

      Defendants        :

:::o0o:::

### ORDER

I am in receipt of Ms. Bevan's letter of March 7, 2001, attached to which is a Motion to Dismiss for Failure to Prosecute. As Ms. Bevan explains, the plaintiff failed to comply with this Court's scheduling order by failing to answer the MDL Questionnaire. Apparently, Ms. Griffith has dropped out of touch with her attorneys at Ashcraft & Gerel.

Plaintiff's response to the motion is long overdue. Copies of the motion and the cover letter were served on the Ashcraft firm, but they have not responded.

This raises a breach of professionalism by Mr. Mulroney and his firm. Counsel have an obligation to keep opposing counsel and the Court informed about the progress of a case. Apparently, plaintiff's counsel months ago simply stopped responding to requests for information by defense counsel, failing to return calls and letters. The Ashcraft firm also failed to respond in any way to the motion to dismiss. It is unprofessional for a firm simply to ignore a case in which their appearance is entered, leaving the Court and opposing counsel in the dark as to what is happening.

Accordingly, by April 2, 2001 Mr. Mulroney and the Ashcraft firm shall show cause in writing why sanctions should not be imposed against them for ignoring this case.

It is hereby, this 23rd day of March ORDERED THAT THE COMPLAINT IS DISMISSED WITH PREJUDICE, with costs to be assessed against the plaintiff. The case will not be closed, however, until the issue of sanctions has been resolved.

Dated:   March 23, 2001

_____
Benson Everett Legg
United States District Court