IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LINDA DARLENE GRIFFITH | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO.: L-97-3387 |
| THE DOW CHEMICAL COMPANY, et al. | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, by and through their respective counsel, hereby file this Stipulation of Dismissal With Prejudice of the above-referenced action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. It is hereby requested that the Court close this file and dismiss all claims with prejudice.

Respectfully submitted,

_____
William F. Mulroney
Michael Gallant
Michelle A. Parfitt
Ashcraft & Gerel
10 East Baltimore Street
Baltimore, Maryland 21202
Attorneys for Plaintiff

_____
Bonnie J. Beavan, Bar No. 09669
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000

Attorneys for the Defendants Baxter Healthcare
Corporation and Baxter International Inc.


_____
Kenneth J. King
Brobeck, Phleger & Harrison, LLP
1633 Broadway, 47th Floor
New York, New York 10019

Attorneys for the Defendants Baxter Healthcare
Corporation and Baxter International Inc.


**AUTHORITIES**

Rule 41(a)(1), Fed. R. Civ. P.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of ~~April~~ May, 2001, a copy of the foregoing Stipulation of Dismissal With Prejudice was mailed, postage prepaid to:

| | |
|---|---|
| Bonnie J. Beavan, Esquire<br>Goodell, DeVries, Leech & Dann, LLP<br>One South Street, 20th Floor<br>Baltimore, Maryland 21202 | Kenneth J. King, Esquire<br>Brobeck, Phleger & Harrison, LLP<br>1633 Broadway, 47th Floor<br>New York, New York 10019 |
| Attorneys for the Defendants Baxter Healthcare Corporation and Baxter International Inc. | Attorneys for the Defendants Baxter Healthcare Corporation and Baxter International Inc. |

_____
William F. Mulroney

3

**SO ORDERED** this _11TH_ day of _May_, 2001. This case is HEREBY DISMISSED WITH PREJUDICE.

---
JUDGE, United States District Court for the District of Maryland

cc: William F. Mulroney, Esquire
Michael Gallant, Esquire
Michelle A. Parfitt, Esquire
Ashcraft & Gerel
10 East Baltimore Street
Baltimore, Maryland 21202
    Attorneys for Plaintiff

Bonnie J. Beavan, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
    Attorneys for the Defendants, Baxter Healthcare Corporation and Baxter International Inc.

Kenneth J. King, Esquire
Brobeck, Phleger & Harrison, LLP
1633 Broadway, 47th Floor
New York, New York 10019

    Attorneys for the Defendants Baxter Healthcare Corporation and Baxter International Inc.

314129

4